**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **CREST FINANCIAL GROUP, L.L.C.,** | |
| **Plaintiff,** | 2005-CV-0138 |
| v. | |
| **T.K. PROPERTIES, INC., JUNE, KLINDWORTH, J. TODD KLINDWORTH, B. JOHN KLINDWORTH,** | |
| **Defendants.** | |

**TO:** Crest Financial Group, L.L.C.
c/o John A. Wittek
2174 North Snelling Avenue
Roseville, MN 55113
Joshua Tate, Esq.

## ORDER OF DISMISSAL

THIS MATTER came before the Court the Court's Order to Show Cause (Docket No. 61) directing Plaintiff to show cause, by May 31, 2007, why this matter should not be dismissed for failure to prosecute.

The record is void of any such showing by Plaintiff. Although Fed. R. Civ. P. 41(b) does not specifically provide for dismissal upon the Court's own motion, it is undisputed that the Court has inherent authority to do so. *See, e.g., Link v. Wabash R. Co.*, 370 U.S. 626,

*Crest Financial Group, LLC v. T.K. Properties, Inc.*
2005-CV-0138
Order of Dismissal
Page 2

629-31 (1962). Accordingly, the Court finds that this matter should be dismissed for Plaintiff's failure to prosecute.

    WHEREFORE, it is now hereby **ORDERED** that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE.**

                                                ENTER:

Dated: July 3, 2007                                         /s/
                                                      GEORGE W. CANNON, JR.
                                                      U.S. MAGISTRATE JUDGE